UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH SON, | ) |
|           Petitioner, | ) Case No. SACV 15-0020 PA (AJW) |
|       v. | ) ORDER ACCEPTING REPORT AND |
| WILLIAM L. MUNIZ, WARDEN, | ) RECOMMENDATION OF |
|          Respondent. | ) MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: May 25, 2016

_____
Percy Anderson
United States District Judge