JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH SON, | ) | Case No. SACV 15-0020-PA(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WILLIAM L. MUNIZ, Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: May 25, 2016

_____
Percy Anderson
United States District Judge